# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex. rel.* PHILLIP GARBIS; STATE OF TEXAS, *ex rel.* PHILLIP GARBIS; | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:16-CV-00941-JRG |
| DAYBREAK VENTURE, LLC, et al. | § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Motion to Stay and Notice of Settlement ("the Motion") filed by Relator Phillip Garbis ("Garbis") and Defendant Daybreak Venture, LLC ("Daybreak") (collectively, "the Parties"). (Dkt. No. 26). In the Motion, the Parties "request a thirty-day stay in order to finalize a putative settlement," and indicate that they "will approach this Court with dismissal papers within that period." (*Id.*) Having considered the Motion, the Court finds it should be and hereby is **GRANTED**.

Accordingly, the Court **ORDERS** all deadlines with respect to Garbis and Daybreak **STAYED** up to and through October 27, 2019, during which time dismissal papers shall be tendered to the Court for entry herein.

**So ORDERED and SIGNED this 27th day of September, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE